AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,

    v.

FERNANDO SILVA-LOPEZ,
        Defendant.

**APPEARANCE**

Case Number: 08MJ2546

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FERNANDO SILVA-LOPEZ

I certify that I am admitted to practice in this court.

8/20/2008
Date

/s/ JOSEPH McMULLEN
Signature

Joseph McMullen / Federal Defenders of SD     246757
Print Name     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City     State     Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 20, 2008                                     /s/ Joseph McMullen
                                                                         JOSEPH McMULLEN
                                                                         Federal Defenders of San Diego, Inc.
                                                                         225 Broadway, Suite 900
                                                                         San Diego, CA 92101-5030
                                                                         (619) 234-8467  (tel)
                                                                         (619) 687-2666  (fax)
                                                                         e-mail: Joseph_McMullen@fd.org