```
                                              FILED

                                         08 AUG 27 PM 3:34

                                       CLERK, U.S. DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

                                       BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2866 JLS |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) – Deported Alien Found in the United States |
| FERNANDO SILVA-LOPEZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about August 15, 2008, within the Southern District of California, defendant FERNANDO SILVA-LOPEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

LAST:fer:San Diego
8/25/08

It is further alleged that defendant FERNANDO SILVA-LOPEZ was removed from the United States subsequent to October 2, 2003.

DATED: August 27, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
LARA A. STINGLEY
Assistant U.S. Attorney